UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY CHARLES,<br><br>    Petitioner,<br><br>    v.<br><br>MIKE MCDONALD, Warden,<br><br>    Respondent. | NO. CV 09-4798 SJO (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 4, 2010.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE